IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ANNA MELIS,

    Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:25-cv-03987

Judge Mary M. Rowland

Magistrate Judge Gabriel A. Fuentes

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 5 | Aesthetically Pleasing Gifts Emporium |
| 8 | RAINBOW lolasmile |
| 13 | QiuJJ |
| 14 | Wu Ladies Wear |
| 15 | ZhongGuangHong |
| 19 | Aicicy |
| 20 | IR fashion women |
| 21 | Fater Women Clothing |
| 42 | Faff |
| 45 | Modish Garment Mart |
| 50 | Sick studio |
| 53 | Abubbles |
| 54 | POLO sytle |
| 61 | FFg SHOP |
| 62 | Salaz |
| 64 | Yang Yang cartoon |
| 65 | Duocan |
| 72 | Green apple tree |
| 73 | Sychas |

| | |
|---|---|
| 74 | WUZHIPEI |
| 83 | Hui leather |
| 91 | URRBONA |
| 98 | GAELOOFTER |
| 99 | HLJP MTC |
| 101 | HLJP D |
| 102 | Luck Y holiday party |
| 103 | Rhine Fabric |
| 104 | Lotin Home textile |
| 105 | Love card |
| 106 | wherever |
| 110 | ElysiumTee |
| 111 | Chenziying |
| 115 | Trend Trajectory |
| 116 | Elite Mens Boutique |
| 118 | Bold Tee Co |
| 121 | odnum globe |
| 132 | S I X |
| 135 | Ventility oil |
| 143 | Weare together |
| 144 | MU Dress |
| 147 | Ruitai Small Shop |
| 149 | Giote |
| 153 | Maiblue |
| 164 | Art Fusion |
| 166 | Miss TT |
| 169 | HK Plus |
| 175 | i CUTE |
| 186 | LingZiFaFaFa |
| 196 | Fortissimo HSC |
| 199 | huggui |

DATED: May 14, 2025             Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on May 14, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                          */s/ Keith A. Vogt*
                                          Keith A. Vogt