IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ANNA MELIS,

    Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:25-cv-03987

Judge Mary M. Rowland

Magistrate Judge Gabriel A. Fuentes

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 7 | Anke Clothing |
| 10 | The Unique Style |
| 22 | Shibelbaby |
| 28 | NEW BRAS |
| 31 | Charm womens clothing |
| 35 | Children Eden |
| 36 | Chenmeng Clothing |
| 37 | Wang Ya VI |
| 38 | Seraphina Grace |
| 44 | SarorElite |
| 48 | FashionFindsShop |
| 51 | Lady Firsttt |
| 52 | A Fashion queen |
| 56 | Chic Mirage |
| 58 | Luluwomen |
| 59 | Zolifon Dorothy |
| 63 | TouJia |
| 66 | BEISI LOCAL |
| 67 | Yunxialocal |

| | |
|---|---|
| 68 | Nancy A |
| 69 | Vincent Z |
| 75 | DYAUGESIS |
| 76 | StyleMakers |
| 78 | Yichi studio |
| 100 | Wow Yeah Blanket |
| 108 | EY Cloth local |
| 123 | CXSTUDIIIO |
| 124 | Hcloud Shop |
| 127 | HHMshop |
| 130 | JOYFORTY |
| 131 | PrintChill |
| 133 | Clawsson |
| 139 | Leisure showcase |
| 140 | VogueChic Attire |
| 148 | Win Way Design Two |
| 151 | Goddess Behavior |
| 152 | Wonderful Attire |
| 158 | JJCZD |
| 165 | UniqueStyles |
| 168 | CoolGirl Cloth Local |
| 170 | SteelStitch |
| 172 | Dyuanduoduo |
| 190 | MYSTIQORA |
| 194 | er yalikesabo |

DATED:  June 2, 2025

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on June 2, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                             */s/ Keith A. Vogt*
                                             Keith A. Vogt